XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
8440 W. Lake Mead Blvd, Ste 201
Las Vegas, Nevada 89128
(702) 388-8181
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENRIQUE GOMEZ GUTIERREZ, <br><br> SHANNON GOMEZ, <br>     Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br>     Defendants | Case No. 2:19-cv-1240-JCM-VCF |

**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO RESPOND TO THE MOTION TO DISMISS**

Plaintiffs, Enrique Gomez Gutierrez and Shannon Gomez, by and through their counsel, Xavier Gonzales, Esq., and the Federal Defendants by and through their counsel Greg Addington, Esq., hereby respectfully submit this Stipulation and Request Extending Time to Respond to the Motion to Dismiss. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file a response to the Motion to Dismiss.

The instant extension is requested by Plaintiff's counsel for additional time to prepare and respond to the Motion to Dismiss.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including October 17, 2019, for Plaintiffs to file a response to the Motion to Dismiss. Additionally, the Defendants respectfully requests this Court to extend the time for reply for the Defendants to November 7, 2019. By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule.

DATED this 3rd day of October, 2019.

XAVIER GONZALES                                    GREG ADDINGTON

/s/ Xavier Gonzales                                /s/ Greg Addington
XAVIER GONZALES, ESQ.                              GREG ADDINGTON, ESQ.
Nevada Bar No: 1862                                Assistant United States Attorney
8440 W Lake Mead Blvd
Suite 201
Las Vegas, NV 89128
(702) 388-8181

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED: October 7, 2019